```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21090
   JAMES OUTLAY
   APRIL OUTLAY                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-5409     SSN XXX-XX-8951

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/09/2007 and was confirmed 01/14/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.21%.

     The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED         3795.25           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
ROGERS ENTERPRISES        SECURED           500.00            .00          46.31
AMERICAS SERVICING COMPA  CURRENT MORTG       .00             .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE       .00             .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC   3046.24           26.54         226.20
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED           .00            .00
AMERICAS SERVICING        NOTICE ONLY     NOT FILED           .00            .00
ROGERS ENTERPRISES        UNSECURED        3797.97           .00            .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC   6000.00           18.91         502.45
TOYOTA MOTOR CREDIT CORP  UNSECURED       5191.63             .00            .00
TOYOTA MOTOR CREDIT CORP  NOTICE ONLY     NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        1989.64             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        6622.00             .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED           .00            .00
ASPIRE                    UNSECURED       NOT FILED           .00            .00
AT&T                      UNSECURED       NOT FILED           .00            .00
AT&T                      NOTICE ONLY     NOT FILED           .00            .00
CITIBANK                  UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS      UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS ~    NOTICE ONLY     NOT FILED           .00            .00
BANK ONE                  UNSECURED       NOT FILED           .00            .00
CHASE                     NOTICE ONLY     NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        2692.61            .00            .00
SEARS                     NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO           NOTICE ONLY     NOT FILED           .00            .00
CITY OF CHICAGO WATER DE  SECURED           900.00            .00          50.03
CITY OF CHICAGO WATER     NOTICE ONLY     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21090 JAMES OUTLAY & APRIL OUTLAY
```

```
COMMONWEALTH EDISON        UNSECURED         857.13             .00             .00
COMED                      NOTICE ONLY    NOT FILED             .00             .00
COMCAST                    UNSECURED      NOT FILED             .00             .00
COMCAST                    NOTICE ONLY    NOT FILED             .00             .00
EVERGREEN EMERGENCY SERV   UNSECURED         178.00             .00             .00
EVERGREEN EMERGENCY SCVS   NOTICE ONLY    NOT FILED             .00             .00
FIDELITY GUARANTY LIFE I   UNSECURED         554.65             .00             .00
ECAST SETTLEMENT CORP      UNSECURED        1327.95             .00             .00
ILLINOIS ATTORNEY GENERA   UNSECURED        1285.00             .00             .00
ILLINOIS DEPT OF HUMAN S   NOTICE ONLY    NOT FILED             .00             .00
IL DEPT OF HUMAN SERV      NOTICE ONLY    NOT FILED             .00             .00
JACKSON PARK HOSPITAL      UNSECURED      NOT FILED             .00             .00
JACKSON PARK HOSPITAL      NOTICE ONLY    NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED         851.61             .00             .00
GE MONEY/JC PENNY          NOTICE ONLY    NOT FILED             .00             .00
LITTLE CO MARY HOSPITAL    UNSECURED      NOT FILED             .00             .00
MEDICAL COLLECTIONS SYST   UNSECURED      NOT FILED             .00             .00
OAK FOREST HOSPITAL        UNSECURED      NOT FILED             .00             .00
OAK FOREST HOSPITAL        NOTICE ONLY    NOT FILED             .00             .00
ST JAMES ANESTHESIA        UNSECURED          90.00             .00             .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED             .00             .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED             .00             .00
ST JAMES HOSPITAL          NOTICE ONLY    NOT FILED             .00             .00
STATE FARM                 UNSECURED      NOT FILED             .00             .00
STATE FARM FINANCIAL SER   NOTICE ONLY    NOT FILED             .00             .00
TARGET NATIONAL BANK       UNSECURED         154.57             .00             .00
TCF BANK                   UNSECURED      NOT FILED             .00             .00
TCF NATIONAL BANK          NOTICE ONLY    NOT FILED             .00             .00
TCF BANK                   NOTICE ONLY    NOT FILED             .00             .00
TCF BANK                   NOTICE ONLY    NOT FILED             .00             .00
US CELLULAR                UNSECURED      NOT FILED             .00             .00
US CELLULAR                NOTICE ONLY    NOT FILED             .00             .00
US CELLULAR                NOTICE ONLY    NOT FILED             .00             .00
VILLAGE OF OAK PARK        UNSECURED      NOT FILED             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         982.17             .00             .00
ROGERS & HOLLAND           NOTICE ONLY    NOT FILED             .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED         390.48             .00             .00
GLEASON & GLEASON LLC      DEBTOR ATTY     2,574.00                             .00
TOM VAUGHN                 TRUSTEE                                            66.56
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  937.00

PRIORITY                                              .00
SECURED                                            824.99
```

```
        INTEREST                                                    45.45
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                66.56
DEBTOR REFUND                                                         .00
                                    ----------------    ----------------
TOTALS                                        937.00              937.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 08/26/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```